### ELLIS v URNER

Ohio Appeals, 1st Dist, Hamilton Co

Decided September 21, 1931

John D. Ellis, Edward D. Alexander, and Milton H. Schmidt, Cincinnati, for plaintiff.

Zielonka & Kuertz, Cincinnati, for defendant.

**ROSS, PJ.**

The sole issue presented by the pleadings is: Has the legislature the power to provide for increase in salaries of deputy clerks and bailiffs of the Municipal Court of Cincinnati?

It must be borne in mind that injunction of the payment of the **increase** alone is sought. The right to pay salaries in effect previous to the legislative enactment of 1929 is not questioned.

**Sec 1558-33 GC**, previous to the amendment is as follows:

"The chief deputy clerk and not less than three other deputy clerks shall receive such compensation, not less than one thousand five hundred dollars per annum, as the council may prescribe and such chief deputy clerk shall receive nine hundred dollars and such three other deputy clerks shall receive six hundred dollars, payable out of the treasury of Hamilton county in quarterly installments. The other deputy clerks shall receive such compensation not less than one thousand, two hundred dollars per annum as the council may prescribe. Such part of said salaries as is payable out of the treasury of the city of Cincinnati shall be paid in monthly installments. If desired by the court, the clerk shall designate one deputy to each court room, who shall perform such duties as may be required by the court. The clerk may require any of the deputy clerks to give a bond of not less than one thousand dollars, the terms where of shall be subject to the approval of the judges of the court. The sureties on said bonds shall be approved and said bonds shall be filed in the manner prescribed for the approval and filing of the clerk's bond."

This section as amended is as follows:

"The clerk of the Municipal Court shall have power to appoint the following deputies:

A chief deputy clerk for the civil division of said Municipal Court who shall be paid such compensation not less than two thousand three hundred ($2,300.00) dollars per annum, payable out of the treasury of the city of Cincinnati, as council may from time to time prescribe, and such additional compensation not less than nine hundred ($900.00) dollars per, annum, payable out of the treasury of Hamilton County, as the county commissioners may from time to time prescribe.

A chief deputy clerk for the criminal division of said municipal court who shall be paid such compensation not less than two thousand three hundred ($2,300.00) dollars per annum, payable out of the treasury of the city of Cincinnati, as council may from time to time prescribe, and such additional compensation not less than nine hundred ($900.00) dollars per annum, payable out of the treasury of Hamilton county as the county commissioners may from time to time prescribe.

Two deputy clerks, each of whom shall be paid such compensation, not less than one thousand eight hundred ($1,800.00) dollars per annum, payable out of the treasury of the city of Cincinnati, as council may from time to time prescribe, and such additional compensation, not less than six hundred ($600.00) dollars per annum, payable out of the treasury of Hamilton county, as the county commissioners may from time to time prescribe.

Five deputy clerks, each of whom shall be paid such compensation, not less than two thousand two hundred ($2,200.00) dollars per annum, payable out of the treasury of the city of Cincinnati, as council may from time to time prescribe.

Six deputy clerks, each of whom shall be paid such compensation, not less than two thousand. ($2,000.00) dollars per annum, payable out of the treasury of the city of Cincinnati, as the council may from time to time prescribe.

Nine deputy clerks, each of whom shall be paid such compensation, not less than one thousand eight hundred ($1,800.00) dollars per annum, payable out of the treasury of the city of Cincinnati, as the council may from time to time prescribe.

The clerk shall appoint such additional number of deputy clerks as he may from time to time deem necessary for the proper handling of the work of said office, each of whom shall be paid such compensation, not less than one thousand eight hundred ($1,800.00) dollars per annum, payable out of the treasury of the city of Cincinnati, as the council may from time to time prescribe.

The compensation payable to any chief deputy clerk or deputy clerk out of the treasury of the city of Cincinnati as hereinbefore provided, shall be paid in semi-monthly in-

stallments, and where a portion of the compensation of a chief deputy clerk or a deputy clerk is payable out of the treasury of Hamilton County, as hereinbefore provided, such portion of said compensation shall be payable in quarterly installments.

During any period for which council of said city does not prescribe an increase in the minimum rate of compensation of any chief deputy clerk or deputy clerk payable out of the treasury of the city of Cincinnati, as hereinbefore provided, the city authorities of said city shall pay such minimum compensation to such chief deputy clerk or deputy clerk; and during any period for which the county commissioners do not prescribe an increase in the minimum rate of compensation of any chief deputy clerk or deputy clerk payable out of the treasury of Hamilton county, as hereinbefore provided, the county authorities shall pay such minimum compensation to such chief deputy clerk or deputy clerk.

If desired by the court the clerk shall assign one of said deputy clerks to each court room, who shall perform such duties as may be required by the court.

Each of said chief deputy clerks and deputy clerks shall give a bond in a sum not less than one thousand dollars to be fixed by the clerk, conditioned for the faithful performance of his duties. Said bond shall be given for the benefit of the city of Cincinnati and of anyone who may suffer loss by reason of a default in any of the conditions of said bond. The form of such bond and the surety or sureties thereon shall be subject to the approval of the presiding judge of said court. Said bonds shall be filed in the office of the city auditor of the city of Cincinnati. The premium charged for any such bond shall be payable by the city of Cincinnati."

While the pleadings contain many allegations of fact and conclusions of law involving other matters, the single issue presented is that mentioned. Among the extraneous questions sought to be injected into the case is the right of the legislature to place the deputies mentioned in the unclassified division of the civil service, such employes having been previously to the enactment of the amendment of §1558-35, in 1929, in the classified service and required to take examinations to test their merit and fitness.

No new appointments have been made. The provision for a horizontal increase in the salaries of the deputies cannot be considered promotions. There has been no change of employes from one grade or classification to another. The provisions of §1558-35 GC, are not involved, and are not considered.

If the Legislature has the power to create Municipal Courts for the several cities of the state and to provide for the personnel and employes to carry on the necessary functions of such courts, it is manifest that it is fully within the power of the Legislature to provide who shall pay such employes and what sums they shall be paid as compensation for their services.

It is equally obvious that having such power, and the right to so fix such salaries, does not seem to be questioned by the petition as to the basic salaries; that the Legislature may from time to time increase or diminish the amount of such salaries.

Under the law as now defined by the Supreme Court, empowering the Legislature to create the several Municipal Courts, legislation affecting the administration of such courts must be held to be equally within the power of the Legislature and in conformity to **Article II, §26 of the Constiution** of the state of Ohio.

The relief prayed for is denied, and the petition will be dismissed.

HAMILTON and CUSHING, JJ, concur.